UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60428-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

44 FLAMINGO, INC.
d/b/a DUNKIN DONUTS,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, HOWARD COHAN, and Defendant, 44 FLAMINGO, INC. d/b/a DUNKIN DONUTS, by and through their undersigned counsel, have agreed to a settlement of all issues, including fee and costs, in this matter, subject only to the drafting of specific documents to memorialize the agreement. Each Party to bear its own fees and costs, except as otherwise specified in the settlement documents.

    The Parties request this Honorable Court allow for an additional thirty (30) days to finalize a settlement agreement and submit a final proposed Order of Dismissal.

Jointly submitted on this 5th day of May, 2017.

| | |
|---|---|
| By: */s/ Mark D. Feinstein*<br>MARK D. FEINSTEIN, ESQ.<br>Feinstein & Sorota, P.A.<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL  33324<br>Tel: (954) 617-1500<br>Fax: (954) 617-4100<br>E-mail: fspa@fspalaw.com<br><br>By: */s/ Neil S. Odessky*<br>NEIL S. ODESSKY, ESQ.<br>Law Offices of Neil S. Odessky, P.A.<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL  33324<br>Tel: (954) 617-1100<br>Fax: (954) 617-1300<br>E-mail: pleadings@nsolaw.com<br><br>*Counsel for Plaintiff* | By: */s/ Daniel R. Levine*<br>DANIEL R. LEVINE, ESQ.<br>Padula Bennardo Levine, LLP<br>1860 N.W. Boca Raton Boulevard<br>Boca Raton, FL  33432<br>Tel: (561) 544-8900<br>Fax: (561) 544-8999<br>E-mail: drl@pbl-law.com<br><br>*Counsel for Defendant* |