UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60428-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

44 FLAMINGO, INC.
d/b/a DUNKIN DONUTS,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 13], and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

1. The Joint Stipulation of Dismissal with Prejudice [DE 13] is **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of May, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record